The City of New York v. Allen N. Spooner & Son, Inc., and Others, Impleaded with A. M. Hazell, Inc., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.